**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | | |
|---|---|---|
| KARSON TSE | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No.: 8:21-cv-1337-TDC |
| | : | |
| INDRA ENERGY, | : | |
| | : | |
| Defendant | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Please enter the appearance of THE LAW OFFICES OF RONALD S. CANTER, LLC, Ronald S. Canter, Esquire and Matthew W. Fogleman, Esquire as counsel for Defendant Indra Energy in the above-referenced case.

Accordingly, please ensure that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon Ronald S. Canter, Esquire and Matthew W. Fogleman, Esquire via ECF to rcanter@roncanterllc.com and to mfogleman@roncanterllc.com, or by mail to THE LAW OFFICES OF RONALD S. CANTER, LLC, 200A Monroe St., Suite 104, Rockville, Maryland 20850-4424.

Dated: July 13, 2021

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC

*/s/ Ronald S. Canter*
Ronald S. Canter, Esquire, #01024

*/s/ Matthew W. Fogleman*
Matthew W. Fogleman, Esquire, #07240
200A Monroe Street, Suite 104
Rockville, Maryland 20850-4424
301.424.7490 (telephone) | 301.424.7470 (facsimile)
rcanter@roncanterllc.com (e-mail)
mfogleman@roncanterllc.com (e-mail)
**Attorneys for Defendant,**
**Indra Energy**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance and Request for Service was transmitted electronically this 13th day of July, 2021, to:

Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C.
30 East Butler Place
Ambler, PA 19002
teamkimmel@creditlaw.com
**Counsel for Plaintiff,**
**Karson Tse**

*/s/ Matthew W. Fogleman*
Matthew W. Fogleman